IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6590-CIV-JORDAN/BROWN

UNITED STATES OF AMERICA, )
*ex rel.* SAL A. BARBERA, )
)
      Plaintiffs, )
)
vs. )
)
AMISUB (NORTH RIDGE HOSPITAL), )
INC., d/b/a NORTH RIDGE MEDICAL )
CENTER, *et al.*, )
)
      Defendants. )
_____)

## UNITED STATES' REVISED MOTION TO COMPEL

The Government hereby moves to compel the production of thousands of documents that the defendants have withheld based on assertions of attorney-client and attorney work product privilege. As explained in the accompanying memorandum, there are two bases for this motion.

First, the defendants have waived their privileges by implication (1) by making their employees' interpretation of the Stark Statute a central issue in this case, and (2) because their key executives have testified that they relied on advice of counsel in making the decisions at issue in this case. Therefore, the Government asks the Court to compel production of otherwise privileged documents that discuss or relate to the Stark Statute or to the contracts at issue in this case. The Government is only seeking documents that were generated before the defendants learned of the existence of this case.

Second, the crime-fraud exception to attorney-client and attorney work product



privilege applies in this case because the defendants' attorneys appear to have participated directly and personally in the conduct at issue. The Government requests that the Court conduct *in camera* review of twenty documents that the Government has identified to confirm that the crime-fraud exception applies.

The Government has met and conferred with defense counsel regarding these issues, but the parties have been unable to reach any agreement about them or to narrow their differences. Therefore, the Government respectfully submits that these issues are ripe for briefing and consideration by this Court.

The Government's original motion to dismiss also challenged the defendants' privilege logs, which were over 2,400 pages long, covered almost 17,000 documents, and encompassed clearly non-privileged items (such as newspaper articles) and items so poorly identified that no reasonable determination could be made as to their privileged status. The defendants have now agreed to produce revised privilege logs to the Government to remedy these deficiencies, and to make a good faith effort to complete the revised log by August 1, 2003. On that basis, the Government has agreed to withdraw for the moment its challenge of the defendants' privilege logs.

                                      Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      MARCOS DANIEL JIMENEZ
                                      United States Attorney for the
                                      Southern District of Florida

                                      ANA MARIA MARTINEZ
                                      Assistant United States Attorney
                                      99 N.E. 4th Street

Miami, Florida 33132
Fla. Bar No. 0735167
Tel: 305 961 9431
Fax: 304 536 4101

Dated: 7/22/03

*[signature]*

MICHAEL F. HERTZ
MICHAEL D. GRANSTON
DAVID B. WISEMAN, A5500647
DAVID T. COHEN, A5500682
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-0132
Fax: (202) 514-0280

Attorneys for United States of America

## CERTIFICATE OF SERVICE

I hereby certify that copies of the United States' Revised Motion to Compel, along with the supporting memorandum, exhibits, and proposed order, were served by mail this 22d day of July, 2003 to the following counsel:

Robert B. Krakow
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201

Allan Sullivan, Esq.
Sullivan Rivero & Chase, P.A.
201 S. Biscayne Boulevard
Miami, Florida 33131

Gary E. Sherman
Law Offices of Gary E. Sherman
440 South Andrews Avenue
Fort Lauderdale, Florida 33301

_[signature]_