IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ex. rel.
SAL A. BARBERA,

    Plaintiffs,

vs.

TENET HEALTHCARE CORPORATION,
f/k/a National Medical Enterprises, and
d/b/a American Medical Holdings, Inc.,
North Ridge Medical Center, Palms of
Pasadena Hospital, Town and Country
Hospital, Lauderdale Clinical Services,
The Pain Institute of Tampa, The Center
For Quality Care and the Town and
Country Women's Center; and AMISUB
(North Ridge Hospital), Inc. d/b/a North
Ridge Medical Center,

    Defendants.
_____/

CASE NO. 97-6590-CIV-JORDAN
MAGISTRATE JUDGE BROWN

## RELATOR'S MOTION TO COMPEL

Relator, Sal A. Barbera, hereby joins in the Government's Motion to Compel dated June 27, 2003 and adopts the government's memorandum which supports its motion that seeks the thousands of documents withheld by Defendants under assertions of attorney-client and work product privilege. Relator also seeks production of all documents relating to the claims alleged in Relator's Second Amended Complaint. In support of this motion, Relator adopts and incorporates the grounds presented by the Government: (1) that Defendant waived the privilege by implication; and (2) that the crime-fraud exception applies.

## CERTIFICATION OF COUNSEL

Counsel for the parties have conferred in a good faith effort to resolve the issues raised in this motion but have been unable to do so.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Facsimile and U.S. Mail this 24th day of July, 2003 upon: Ana Martinez, Esq., Assistant United States Attorney, 99 N.E. 4th Street, Miami, Fl. 33132; David Wiseman, Esq., Department of Justice, Civil Division, Post Office Box 261, Ben Franklin Station, Washington, D.C. 20044; Allan J. Sullivan, attorneys for North Ridge Hospital and Tenet Healthcare Corporation, Miami Center, Suite 1450, 201 S. Biscayne Boulevard, Miami, Fl. 33131; Thomas Holliday, Esq., and Rodney Stone, Esq., Gibson, Dunn & Crutcher L.L.P. 333 South Grand Avenue, Suite 4600, Los Angeles, California 90071-3197; and Robert B. Krakow, Esq., Gibson Dunn & Crutcher LLP, 2100 McKinney Avenue, Ste. 1100, Dallas, TX 75201-6911.

LAW OFFICES OF GARY E. SHERMAN, P.A.
Attorneys for Relator, Sal A. Barbera
440 South Andrews Avenue
Fort Lauderdale, FL 33301
Tel. 954/524-1100
Fax. 954/524-0008

GARY E. SHERMAN
Florida Bar No. 377295

H:\M\C\BARBERA\QUITAM\PLEADING\MotiontoCompel3.wpd
7/23/03 - 5:47 pm

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>SAL A. BARBERA,<br>    Plaintiffs, | CASE NO. 97-6590-CIV-JORDAN<br>MAGISTRATE JUDGE BROWN |

vs.

TENET HEALTHCARE CORPORATION,
f/k/a National Medical Enterprises, and
d/b/a American Medical Holdings, Inc.,
North Ridge Medical Center, Palms of
Pasadena Hospital, Town and Country
Hospital, Lauderdale Clinical Services,
The Pain Institute of Tampa, The Center
For Quality Care and the Town and
Country Women's Center; and AMISUB
(North Ridge Hospital), Inc. d/b/a North
Ridge Medical Center,
    Defendants.
_____/

## [PROPOSED] ORDER

Having considered the Relator's Motion to Compel, as well as all briefs related thereto, the Court hereby finds that the defendants have waived their attorney-client and attorney work product privileges for all documents generated and communications that occurred before May 1998 discussing or relating to the Stark Statute or the contracts at issue in this case. Therefore, it is hereby ORDERED that the defendants shall promptly produce to the Relator all documents generated before May 1998 discussing or relating to the Stark Statute or to the contracts at issue in this case that were previously withheld as privileged, and shall allow the plaintiffs to examine witnesses regarding communications involving defense counsel that occurred before May 1998.

DONE AND ORDERED at Miami, Florida, this _____ day of _____, 2003.

                                    STEPHEN T. BROWN
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
H:\M\C\BARBERA\QUITAM\PLEADING\Order 09.wpd 7/23/03 - 3:46 pm