

AUG 1 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA <u>ex</u>. <u>rel</u>.
SAL A. BARBERA,

Plaintiffs,

vs.

TENET HEALTHCARE CORPORATION,
f/k/a National Medical Enterprises, and
d/b/a American Medical Holdings, Inc.,
North Ridge Medical Center, Palms of
Pasadena Hospital, Town and Country
Hospital, Lauderdale Clinical Services,
The Pain Institute of Tampa, The Center
For Quality Care and the Town and
Country Women's Center; and AMISUB
(North Ridge Hospital), Inc. d/b/a North
Ridge Medical Center,

Defendants.

_____/

CASE NO. 97-6590-CIV-JORDAN
MAGISTRATE JUDGE BROWN

## ORDER GRANTING MOTION AND APPLICATION FOR APPEARANCE OF COUNSEL *PRO HAC VICE*

THIS MATTER having come before the Court on Relator Sal A. Barbera's Motion and Application for Appearance of Counsel *pro hac vice* to approve the appearance of counsel not admitted to the Bar of the United States District Court for the Southern District of Florida, and the Court being fully advised in the premises, it is.

ORDER AND ADJUDGED that Relator's Motion and Application for Appearance of Counsel *pro hac vice* is hereby GRANTED.

Harold A. Sherman, Esq. is added as counsel of record for the Relator. This appearance is allowed for this action only and shall not constitute formal admission to the Bar of the United States District Court for the Southern District of Florida.



DONE AND ORDERED in Chambers, in Miami, Florida on ___8-13___, 2003.

*Adalberto Jordan*

Honorable Adalberto Jordan
United States District Judge

Conformed copies furnished to:

All counsel of Record.

H:\M\C\BARBERA\QUITAM\PLEADING\Pro.Hac.Vice.Order.Granting.wpd
8/11/03 - 1:19 pm