UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 97-6590-CIV-JORDAN

UNITED STATES OF AMERICA, ex rel. SAL A. )
BARBERA, )
            Plaintiff )
             )
vs. )
             )
AMISUB (NORTH RIDGE HOSITAL), INC., )
d/b/a NORTH RIDGE MEDICAL CENTER; )
TENET HEALTHCARE CORPORATION, f/k/a )
AMERICAN MEDICAL INTERNATIONAL, INC. )
            Defendants )
             )

FILED by ___ D.C.
SEP 10 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER SETTING SCHEDULE

Attached to this order is a submission by the parties which is being treated as a motion to extend pretrial deadlines. That motion is GRANTED IN PART. I will not, however, extend the deadline to file motions other than motions in *limine*.

The original scheduling order in this case, entered on September 10, 2001, set a January 3, 2003, motions deadline [D.E. 69]. An order resetting schedule was entered on September 9, 2002, requiring all motions to be filed by no later than June 25, 2003 [D.E. 204]. That deadline was further extended to August 29, 2003, in an order dated June 20, 2003 [D.E. 273]. The deadline has passed, and the parties have not shown good cause why it should be extended. *See Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418-19 (11th Cir. 1998). Indeed, during the status conference on June 30, 2003, the parties never indicated that they needed more time to file motions, nor did they do so in their motion to continue the trial date.

Additionally, the proposed motion deadline leaves insufficient time to resolve any motions for summary judgment before the December 1, 2003, trial date. With the proposed deadline, motions would not even be ripe until November 13, 2003, leaving a mere two weeks to resolve what will most likely be complex, factually detailed motions. Accordingly, only the following dates from the proposed scheduling order are adopted:

    September 26, 2003    Discovery cut-off.



October 30, 2003     Parties to have completed mediation.

November 5, 2003     Deadline to file and serve FRCP 26(a)(3) pre-trial disclosures.

November 12, 2003    Deadline for meeting of counsel to prepare pretrial stipulation and examine trial exhibits.

November 17, 2003    Deadline for objections to deposition testimony designations and exhibits.

November 19, 2003    Parties to submit joint pretrial stipulation.

November 25, 2003    Calendar call.

December 1, 2003     Trial.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of September, 2003.

_____
Adalberto Jordan
United States District Judge

Copy to:     **All counsel of record**
             Magistrate Judge Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6590-CIV-JORDAN/BROWN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* SAL A. BARBERA, <br><br> Plaintiffs, <br><br> vs. <br><br> AMISUB (NORTH RIDGE HOSPITAL), INC., d/b/a NORTH RIDGE MEDICAL CENTER; TENET HEALTHSYSTEMS MEDICAL, INC., f/k/a AMERICAN MEDICAL INTERNATIONAL, INC.;TENET HEALTHSYSTEM HOLDINGS, INC., f/k/a AMERICAN MEDICAL HOLDINGS, INC.; TENET HEALTHCARE CORPORATION, f/k/a NATIONAL MEDICAL ENTERPRISES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PARTIES' PROPOSED SCHEDULING ORDER

The parties in the above-captioned matter hereby submit the following Proposed Scheduling Order in this case:

1. September 26, 2003: Discovery cut-off.

2. October 17, 2003: Deadline to file motions for summary judgment. Responses shall be due 21 calendar days after the date any such motion is filed. Reply briefs shall be due 5 business days thereafter. The parties agree

-1-

|   |   |   |
|---|---|---|
|   |   | that all summary judgment filings shall be served on the other parties via overnight mail. |
| 3. | October 30, 2003: | Parties to have completed mediation. Deadline to file all pretrial motions (including motions relating to experts), other than motions *in limine*. |
| 4. | November 5, 2003: | Deadline to file and serve FRCP 26(a)(3) pre-trial disclosures (including witness lists, designations of deposition testimony, and exhibit lists). |
| 5. | November 12, 2003: | Deadline for meeting of counsel to prepare pre-trial stipulation and examine trial exhibits. |
| 6. | November 17, 2003: | Deadline for objections to deposition testimony designations and exhibits. |
| 7. | November 19, 2003: | Parties to submit joint pre-trial stipulation. |
| 8. | November 25, 2003: | Calendar call; pre-trial conference; deadline to file pre-trial briefs. |
| 9. | December 1, 2003: | Trial |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

MARCOS DANIEL JIMENEZ
United States Attorney for the
Southern District of Florida

ANA MARIA MARTINEZ
Assistant United States Attorney
Fla. Bar No. 0735167
99 N.E. 4th Street
Miami, Florida 33132

Dated: 9/9/03

_____ /by
MICHAEL F. HERTZ
MICHAEL D. GRANSTON
DAVID B. WISEMAN
A5500647
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 514-0132
Fax:  (202) 514-0280

Attorneys for United States of America


Dated: 9/9/03

Gary E Sherman /by AMM
_____
GARY E. SHERMAN
Fla. Bar No. 377295
Law Offices of Gary E. Sherman
440 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 524-1100
Fax: (954)524-0008

Attorney for Relator
 Sal A. Barbera


Dated: 9/9/03

Robert Krakow /by AMM
_____
ALLAN J. SULLIVAN
Fla. Bar No. 0132810
CHERYL POTTER
Fla. Bar No. 0177880
SULLIVAN RIVERO & CHASE, P.A.
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 771-7781
Fax: (305) 371-6983

> THOMAS HOLLIDAY
> ROBERT KRAKOW
> GIBSON, DUNN & CRUTCHER, LLP
> 2100 McKinney Avenue, Suite 1100
> Dallas, Texas 75201
>
> Attorneys for Defendants

**ADOPTED AND ORDERED** in chambers in Miami, Florida, this \_\_\_\_\_ day of September, 2003.

_____
Adalberto Jordan
United States District Judge

cc:   All counsel of record
      Magistrate Judge Brown

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2003 a copy of the foregoing "Parties' Proposed Scheduling Order" was served by facsimile and mail, postage prepaid on the following counsel:

Robert B. Krakow
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201

Allan J. Sullivan
Sullivan & Rivero, P.A..
201 S. Biscayne Boulevard, Suite 1450
Miami, Florida 33131

Gary E. Sherman
Law Offices of Gary E. Sherman
440 South Andrews Avenue
Fort Lauderdale, Florida 33301

_____
Ana Maria Martinez