UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 97-6590-CIV-JORDAN



| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SAL A. BARBERA | ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| AMISUB (NORTH RIDGE HOSPITAL), INC. d/b/a NORTH RIDGE MEDICAL CENTER; TENET HEALTHSYSTEM MEDICAL, INC., f/k/a AMERICAN MEDICAL INTERNATIONAL, INC.; TENET HEALTHSYSTEM HOLDINGS, INC., f/k/a AMERICAN MEDICAL HOLDINGS, INC.; and TENET HEALTHCARE CORPORATION, f/k/a NATIONAL MEDICAL ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) ) |

## ORDER

A status conference is scheduled for October 7, 2003, at 4:00 p.m. in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

DONE and ORDERED in chambers in Miami, Florida, this 2nd day of October, 2003.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record