UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 97-6590-CIV-JORDAN



| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SAL A. BARBERA | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| AMISUB (NORTH RIDGE HOSPITAL), INC., d/b/a NORTH RIDGE MEDICAL CENTER; TENET HEALTHSYSTEMS MEDICAL INC., f/k/a AMERICAN MEDICAL INTERNATIONAL, INC.; TENET HEALTHSYSTEM HOLDINGS, INC., f/k/a AMERICAN MEDICAL HOLDINGS, INC.; TENET HEALTHCARE CORP., f/k/a NATIONAL MEDICAL ENTERPRISES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The unopposed motion of the United States and Relator Sal A. Barbera for leave to complete the deposition of defense expert witness Richard Pollack [D.E. 300] is GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of October, 2003.

_____
Adalberto Jordan
United States District Judge

Copies to:    Magistrate Judge Brown
All counsel of record

