

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 97-6590-CIV-JORDAN/BANDSTRA

UNITED STATES OF AMERICA, ex rel.
SAL A. BARBERA,

    Plaintiffs,

vs.

AMISUB (NORTH RIDGE HOSPITAL), INC.
d/b/a NORTH RIDGE MEDICAL CENTER;
TENET HEALTHCARE CORPORATION f/k/a/
AMERICAN MEDICAL INTERNATIONAL,
INC.,

    Defendants.

**ORDER GRANTING MOTION AND APPLICATION FOR
APPEARANCE OF COUNSEL *PRO HAC VICE***

THIS MATTER having come before the Court on Defendants', North Ridge Hospital and Tenet Healthcare Corporation's, Motion and Application for Appearance of Counsel *pro hac vice* to approve the appearance of counsel not admitted to the Bar of the United States District Court for the Southern District of Florida, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendants' Motion and Application for Appearance of Counsel *pro hac vice* is hereby GRANTED.

Thomas C. McGraw, Esq., of the law firm Gibson Dunn & Crutcher LLP is added as counsel of record for the Defendants. This appearance is allowed for this action only

and shall not constitute formal admission to the Bar of the United States District Court for the Southern District of Florida.

DONE AND ORDERED in Chambers, in Miami, Florida on _____October 3_____, 2003.

_____
Honorable Adalberto Jordan
United States District Judge

Conformed copies furnished to:

Allan J. Sullivan, Esq.
Gary Sherman, Esq.
Ana Martinez, Esq.
David B. Wiseman

50178969_1.DOC