IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 97-6590-CIV-JORDAN/BROWN

UNITED STATES OF AMERICA ex rel.
SAL A. BARBERA,

    Plaintiffs,

vs.

AMISUB (NORTH RIDGE HOSPITAL), INC.
d/b/a NORTH RIDGE MEDICAL CENTER;
TENET HEALTHSYSTEM MEDICAL, INC.,
f/k/a AMERICAN MEDICAL INTERNATIONAL,
INC.; TENET HEALTHSYSTEM HOLDINGS,
INC., f/k/a AMERICAN MEDICAL HOLDINGS,
INC.; and TENET HEALTHCARE
CORPORATION, f/k/a NATIONAL MEDICAL
ENTERPRISES, INC.,

    Defendants.



FILED by _____ D.C.

    8 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

## ~~PROPOSED~~ AMENDED ORDER SETTING SCHEDULE

The Court having considered Defendants' Unopposed Motion for One-Month Continuance and finding that good cause exists to amend the schedule in this case, the schedule is hereby amended as follows:

| | |
|---|---|
| October 31 ~~November~~, 2003 | Deadline to file motions to challenge expert testimony. |
| November 26, 2003 | Parties to have completed mediation. |
| December 5, 2003 | Deadline to file and serve FRCP 26(a)(3) pre-trial disclosures, and to file trial briefs |
| December 10, 2003 | Deadline for meeting of counsel to prepare pretrial stipulation and examine trial exhibits. |
| December 16, 2003 | Deadline for objections to deposition testimony designations and exhibits. |

310

December 18, 2003        Parties to submit joint pretrial stipulation.

~~December 22, 2003~~

January  5 , 2004         Trial.

    DONE and ORDERED in chambers in Miami, Florida, this 7th day of October 2003.

                                                      _____
                                                      Honorable Adalberto Jordan
                                                      United States District Judge

cc: Counsel of Record