IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6590-CIV-JORDAN/BROWN



| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SAL A. BARBERA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| AMISUB (NORTH RIDGE HOSPITAL), INC., d/b/a NORTH RIDGE MEDICAL CENTER; TENET HEALTHSYSTEMS MEDICAL, INC., f/k/a AMERICAN MEDICAL INTERNATIONAL, INC.; TENET HEALTHSYSTEM HOLDINGS, INC., f/k/a AMERICAN MEDICAL HOLDINGS, INC.; TENET HEALTHCARE CORPORATION, f/k/a NATIONAL MEDICAL ENTERPRISES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave of Court to take the Deposition of Michael Focht on or before November 19, 2003 is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated: __10-21__, 2003

cc: all counsel of record