97-6590.no1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 97-6590-CIV-JORDAN/BROWN

UNITED STATES OF AMERICA, *ex rel.*
SAL A. BARBERA,

    Plaintiffs,

v.

AMISUB (NORTH RIDGE HOSPITAL),
INC. d/b/a NORTH RIDGE MEDICAL CENTER;
TENET HEALTHCARE CORPORATION f/k/a
AMERICAN MEDICAL INTERNATIONAL,
INC.

    Defendants.
_____/

## NOTICE OF HEARING

**This matter** is before this Court on United States' Revised Motion to Compel, filed July 22, 2003, and Relator's Motion to Compel, filed July 23, 2003. The Court has considered the motions, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the above motions have been set for hearing on **Thursday, November 6, 2003, at 11:00 A.M., at the United States District Court, 300 N.E. 1st Ave., Miami, Florida, Courtroom VIII.** Request for continuance of this hearing shall not be considered unless addressed to the Court in the form of a written motion at least three working days before the hearing.

    (a)    Thirty (30) minutes have been scheduled for this hearing.

1

(b) In addition to the above, the parties shall be prepared to address whether or not they would be willing to consent to the magistrate judge resolving this/these motions and/or the trial in this case, if needed, by consent. See 28 U.S.C. §636 (c)(1). Counsel shall consult with their respective clients and each other on this matter prior to the hearing. Here are some reasons why the parties may wish to consent:

(1) The parties will have a trial date certain and will not be on a calendar with criminal cases or other civil cases.

(2) If the parties can agree, the trial will be set whenever the parties would like it set.[1]

(3) The undersigned has substantial civil trial experience as an attorney, representing both plaintiffs and defendants and has presided over numerous civil trials in eleven years on this Court.

(4) The parties will save time and money because there will be no Reports & Recommendations, and the time and expense of filing objections will be eliminated.

(5) The parties will still have a right to appeal directly to the Eleventh Circuit.

(c) All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at least 48 hours prior to the hearing.

(d) All caselaw to be argued at this hearing shall be submitted to opposing counsel (citations or copies of cases) at least 24 hours prior to the hearing, unless already contained in written memoranda previously filed in this case.

(e) No supplemental or additional memoranda or other forms of alleged "written

---

[1] Subject to conflicts in the Court's calendar.

aid" to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids for use at the hearing.

(f) The parties shall immediately notify this Court of any settlement (of the case or the matters which are the subject of this hearing).

**DONE and ORDERED** this 22nd day of October, 2003 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Adalberto Jordan
    all counsel of record