Criminal Minutes

| Calendar List | 11/6/2003 | Stbsched.OR6 |

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

tape no.
03D-78-3436,
79-1

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 11:00 AM | 12:00 PM | | US v. Amisub 97-6590 CIV Jordan<br>Motions to Compel - 1 hour |

6 Nov 2003

12:05 p.m.

USA - David T. Cohen

Relator - Gary Sherman

Deffs - Tom McGraw
       Allan Sullivan

---

Hrg held. Matter taken under advisement.

FILED BY _____
2003 NOV -6 PM 2:38
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

318/WC

Deputy Clerk, Stephanie A. Lee