97-6590.04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 97-6590-CIV-JORDAN/BROWN

UNITED STATES OF AMERICA, *ex rel.*
SAL A. BARBERA,

    Plaintiffs,

v.

AMISUB (NORTH RIDGE HOSPITAL),
INC. d/b/a NORTH RIDGE MEDICAL CENTER;
TENET HEALTHCARE CORPORATION f/k/a
AMERICAN MEDICAL INTERNATIONAL,
INC.

    Defendants.
_____/



## ORDER DENYING RELATOR'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

**This matter** is before this Court on Relator...'s Motion to Compel Responses to ...Amended Seventh Request to Produce and ...Amended 3rd Set of Interrogatories, filed October 30, 2003. The Court has considered the motion and finds that it does not comply with Local Rule 26.1.H.2.

Therefore, the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**, without prejudice.

**DONE and ORDERED** this 6th day of November, 2003 at Miami, Florida.

                                    STEPHEN T. BROWN
                                    U.S. MAGISTRATE JUDGE

cc: Honorable Adalberto Jordan
     All counsel of record