UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 97-6590-CIV-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SAL A. BARBERA<br><br>Plaintiffs<br><br>vs.<br><br>AMISUB (NORTH RIDGE HOSPITAL), INC. d/b/a NORTH RIDGE MEDICAL CENTER; TENET HEALTHSYSTEM MEDICAL, INC., f/k/a AMERICAN MEDICAL INTERNATIONAL, INC.; TENET HEALTHSYSTEM HOLDINGS, INC., f/k/a AMERICAN MEDICAL HOLDINGS, INC.; and TENET HEALTHCARE CORPORATION, f/k/a NATIONAL MEDICAL ENTERPRISES, INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED by _____ D.C.
NOV 2 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.

### ORDER

The parties' joint motion to extend the deadline to complete mediation [D.E. 322] is GRANTED. The parties shall complete mediation by December 13, 2003.

DONE and ORDERED in chambers in Miami, Florida, this 26th day of November, 2003.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record