IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 97-6590-CIV-JORDAN/BROWN



UNITED STATES OF AMERICA *ex rel.*
SAL A. BARBERA,

    Plaintiffs,

vs.

AMISUB (NORTH RIDGE HOSPITAL), INC.
d/b/a NORTH RIDGE MEDICAL CENTER;
TENET HEALTHSYSTEM MEDICAL, INC.,
f/k/a AMERICAN MEDICAL INTERNATIONAL,
INC.; TENET HEALTHSYSTEM HOLDINGS,
INC., f/k/a AMERICAN MEDICAL HOLDINGS,
INC.; and TENET HEALTHCARE
CORPORATION, f/k/a NATIONAL MEDICAL
ENTERPRISES, INC.,

    Defendants.

## ORDER AMENDING DEADLINES FOR FILING OBJECTIONS TO DEPOSITION DESIGNATIONS AND EXHIBITS AND FOR THE COMPLETION AND SUBMISSION OF THE JOINT PRETRIAL STIPULATION

The Court, having considered the parties' Joint Motion for Limited Extension of Deadlines to Complete and File Pre-Trial Objections and to File Joint Pre-Trial Stipulation, and finding that good cause exists to amend the Order Setting Schedule entered in this cause on October 7, 2003, it is hereby ORDERED and ADJUDGED that: the Order Setting Schedule is hereby further amended to extend the deadlines for filing objections to deposition designations and exhibits, and for the completion and submission of the joint pretrial stipulation, to December 23, 2003.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of December, 2003.

_____
Honorable Adalberto Jordan
United States District Judge


cc: Counsel of Record