UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 97-6590-CIV-JORDAN

UNITED STATES OF AMERICA ex rel )
SAL A. BARBERA )
)
        Plaintiffs )
)
vs. )
)
TENET HEALTHCARE CORPORATION )
et al. )
)
        Defendants )
)

FILED by ___ D.C.

2003

### NOTICE OF TRIAL DATE

The trial will start the week of January 12, 2004 in Courtroom Eight of the United States Courthouse, 301 North Miami Avenue, Miami, Florida. At this time, I cannot give the parties a more exact date because I am trying a criminal case, *United States v. Giorango*, No. 02-20645, the week of January 5, 2004. The trial will continue through the week of January 12, 2004. The remainder of the trial schedule will be determined at a later date, subject to my trial calendar.

DONE and ORDERED in chambers in Miami, Florida, this 19th day of December, 2003.

                              Adalberto Jordan
                              United States District Judge

Copy to:    All counsel of record
              Magistrate Judge Brown